## Borough of Wilkinsburg, Appellant, v. Consolidated Traction Company et al.

Argued December 4, 1918. Appeal, No. 57, April T., 1919, by plaintiff, from decree of C. P. Allegheny County, April T., 1918, No. 223, in equity in favor of defendant in case of Borough of Wilkinsburg v. Consolidated Traction Company and Pittsburgh Railways Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY TREXLER, J., July 17, 1919:

For the reasons set forth in opinion this day filed in No. 65, April Term, 1919, the decree of the Court of Common Pleas of Allegheny County is affirmed. Appellant for costs.

PORTER and HENDERSON, JJ., concur in the judgment.